```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

| | |
|---|---|
| JOHN SMITH,<br><br>           Plaintiff,<br><br>  v.<br><br>RUBEN MORALES, et al.,<br><br>           Defendants. | Civil No. 10-6022 (JBS/AMD) |
| JOHN SMITH,<br><br>           Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Civil No. 11-600 (JBS/AMD) |
| JOHN SMITH,<br><br>           Plaintiff,<br><br>  v.<br><br>JOHN C. O'DONNELL, et al.,<br><br>           Defendants. | Civil No. 11-2870 (JBS/AMD) |

### AMENDED SCHEDULING ORDER
### AND ORDER ON INFORMAL APPLICATION

      This Matter having come before the Court by way of letter request dated October 27, 2011 from Christina N. Burgos, Esquire, counsel for plaintiff, for an Order extending the time within which to file a motion to amend pleadings and/or to join new parties; and it appearing that defense counsel have no objection to this extension request; and for good cause shown:

      IT IS this **28th** day of **October 2011,** hereby **ORDERED:**

      1.  The time within which to file a motion to amend the pleadings or a motion to join new parties will expire on **December 15, 2011.**

   2. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under F<small>ED</small>. R. C<small>IV</small>. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

   **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER F<small>ED</small>. R. C<small>IV</small>. P. 16(f).**

          s/ Ann Marie Donio
          ANN MARIE DONIO
          United States Magistrate Judge

cc: Hon. Jerome B. Simandle